KOGER MANAGEMENT GROUP,
INCORPORATED, Plaintiff–
Appellant,

v.

CONTINENTAL CASUALTY COM-
PANY; The Continental Insurance
Company, Defendants–Appellees.

No. 09–1398.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 13, 2010.

Decided: Feb. 12, 2010.

Robert J. Zelnick, Szabo, Zelnick & Er-
ickson, P.C., Woodbridge, Virginia;
George H. Ragland, Jr., Ragland & Slugg,
PC, McLean, Virginia, for Appellant.
Richard A. Simpson, Cara Tseng Duffield,
Wiley Rein LLP, Washington, D.C., for
Appellees.

Before MICHAEL, MOTZ, and
GREGORY, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Koger Management Group, Inc. appeals
the district court's order granting judg-
ment in favor of Continental Casualty
Company and The Continental Insurance
Company. We have reviewed the record
and find no reversible error. Accordingly,
we affirm for the reasons stated by the
district court. *Koger Mgmt. Group, Inc. v.
Cont'l Cas. Co.,* No. 1:08–cv–00301–LMB–
JFA (E.D.Va. Mar. 5, 2009). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argu-
ment would not aid the decisional process.

*AFFIRMED.*